UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY FORTE AS ADMINSITRATRIX )<br>OF THE ESTATE OF CHRISTOPHER )<br>M. FORTE, )<br>          Plaintiff )<br>)<br>v. )<br>)<br>)<br>)<br>JOHN DANIEL PINKHAM and the )<br>COMMONWEALTH OF )<br>MASSACHUSETTS, EXECUTIVE )<br>OFFICE OF PUBLIC SAFETY, )<br>DEPARTMENT OF STATE POLICE, )<br>          Defendants ) | Civil Action No. 05-30175-MAP |

SCHEDULING ORDER
December 1, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day with respect to Plaintiff and Defendant Pinkham:

1. Said parties shall complete their automatic disclosures by January 5, 2006.

2. Any motion to amend the pleadings shall be served by March 1, 2006.

3. All interrogatories and requests for production of documents shall be served by March 15, 2006.

4. Non-expert depositions shall be completed by June 30, 2006.

5. Counsel shall appear for a case management conference on June 30,

2006, at 10:00 a.m. in Courtroom Three.

6. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by July 5, 2006.

7. Defendant Pinkham shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by August 15, 2006.

8. Expert depositions shall be completed by October 1, 2006.

As to the remaining Defendants listed in the caption, they may file a motion by January 5, 2006, as to why the above schedule should apply to them as well.

IT IS SO ORDERED.

DATED: December 1, 2005

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge