UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Debra Forte as Administratrix of the Estate of Christopher M. Forte<br>Plaintiff,<br><br>v.<br><br>John Daniel Pinkham and Commonwealth of Massachusetts, Executive Office of Public Safety, Department of State Police<br>Defendants. | CIVIL ACTION NO. 05-30175-MAP |

## DEFENDANT COMMONWEALTH OF MASSACHUSETTS, EXECUTIVE OFFICE OF PUBLIC SAFETY, DEPARTMENT OF STATE POLICE MOTION TO REMAND

Pursuant to the provisions of 28 U.S.C. §§1441 and 1446, the Defendant Commonwealth of Massachusetts, Executive Office of Public Safety, Department of State Police moves this Court to remand any and all portion or portions of the above entitled case as may involve the Commonwealth of Massachusetts, Executive Office of Public Safety or the Department of State Police to the Berkshire Superior Court.

In support of such motion the Defendant states that the Berkshire Superior Court allowed Plaintiff's motion for reconsideration of this court's decision to allow the Commonwealth of Massachusetts' emergency motion to assent to removal and scheduled the case for a pre trial conference on January 20, 2006.

WHEREFORE, the Defendant Commonwealth of Massachusetts, Executive Office of Public Safety, Department of State Police moves this court to remand or dismiss any portion of the case involving in the federal court.

Respectfully submitted,
Commonwealth of Massachusetts
By Its Attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

William P. O'Neill  BBO#379745
Assistant Attorney General
Western Massachusetts Division

1350 Main Street<br>
Springfield, MA 01103-1629<br>
(413)784-1240 FAX: 784-1244

## CERTIFICATE OF SERVICE

I, William P. O'Neill, Assistant Attorney General, hereby certify that on December 27, 2005, I served a copy of the foregoing DEFENDANT COMMONWEALTH OF MASSACHUSETTS, EXECUTIVE OFFICE OF PUBLIC SAFETY, DEPARTMENT OF STATE POLICE MOTION TO REMAND by first-class Mail, postage prepaid upon counsel of record: Chris S. Dodig, Esquire, Donovan & O'Connor, 1300 MoCA Way, North Adams, MA 01247 and Scott Dunlap, Esq., Law Offices of Timothy Burke, 160 Gould Street - Suite 111, Needham, Massachusetts 02494

_____
William P. O'Neill
Assistant Attorney General