UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY FORTE AS ADMINISTRATRIX OF ) <br> THE ESTATE OF CHRISTOPHER M. FORTE, ) <br>     Plaintiff ) <br> ) <br> VS. ) <br> ) <br> JOHN DANIEL PINKHAM and the ) <br> COMMONWEALTH OF MASSACHUSETTS, ) <br> EXECUTIVE OFFICE OF PUBLIC SAFETY, ) <br> DEPARTMENT OF STATE POLICE, ) <br>     Defendants ) | Civil Action No. 05-30175-MAP |

## NOTICE TO WITHDRAW

Now comes Scott W. Dunlap and moves to withdraw as attorney for the defendant, John Daniel Pinkham, in the above-entitled action.

> Respectfully submitted,
> For Defendant John Daniel Pinkham,
>
> LAW OFFICES OF TIMOTHY M. BURKE
>
>
> /S/ Scott W. Dunlap
> Scott W. Dunlap
> BBO #634389
> 160 Gould Street, Suite 111
> Needham, MA 02494
> (781) 455-0707