UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY FORTE AS ADMINISTRATRIX OF ) <br> THE ESTATE OF CHRISTOPHER M. FORTE, ) <br> Plaintiff ) <br> ) <br> VS. ) <br> ) <br> JOHN DANIEL PINKHAM and the ) <br> COMMONWEALTH OF MASSACHUSETTS, ) <br> EXECUTIVE OFFICE OF PUBLIC SAFETY, ) <br> DEPARTMENT OF STATE POLICE, ) <br> Defendants ) | Civil Action No. 05-30175-MAP |

## NOTICE OF APPEARANCE

Please enter an appearance for Brian Rogal as counsel for Defendant John Daniel Pinkham in the above-entitled matter.

Respectfully submitted,
For Defendant John Daniel Pinkham,
By his attorney,

 /S/ Brian Rogal
Brian Rogal, Esquire
BBO #424920
LAW OFFICES OF TIMOTHY M. BURKE
160 Gould Street, Suite 111
Needham, MA  02494
(781) 455-0707