UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY L. FORTE, )<br>AS ADMINISTRATRIX OF THE )<br>ESTATE OF CHRISTOPHER )<br>FORTE )<br>    Plaintiff )<br>)<br>V. )<br>)<br>JOHN DANIEL PINKHAM, )<br>    Defendant, )<br>) | Civil Action No. 05-30175-MAP |

DEFENDANT'S ASSENTED TO MOTION TO
CONTINUE CASE MANAGEMENT CONFERENCE

Now comes the defendant and moves that the case management conference set for June 30, 2006 be continued. In support of this motion the undersigned counsel states that he has a conflict on June 30th. Counsel is successor to the original counsel and did not have this conference calendared. Counsel also notes that the lead counsel for the plaintiff will be unavailable on the 30th, and a continuance would allow him to attend. Counsel believes that this conference would be more productive after disclosure of experts and expert depositions are taken. Counsel further notes that the related case in the Superior Court is on the court's calendar for August 2006. The outcome of that trial might obviate the need to go forward in this case. Counsel therefore requests that the case management conference be continued until after October 1, 2006. Plaintiff's counsel has assented to this motion.

                                                Respectfully submitted
                                                By Defendant's Attorney,


                                                 /s/ Brian Rogal
                                                Brian Rogal, Esq., BBO #424920
                                                Law Offices of Timothy Burke
                                                160 Gould Street, Suite 111
                                                Needham, MA  02494
                                                (781) 455-0707