UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARY FORTE AS ADMINISTRATRIX )
OF THE ESTATE OF CHRISTOPHER )
M. FORTE, )
          Plaintiff )
           )
v. )    Civil Action No. 05-30175-MAP
           )
           )
           )
JOHN DANIEL PINKHAM )
          Defendant )

REVISED SCHEDULING ORDER
June 27, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS Defendant's assented-to motion to continue case management conference (Document No. 11) and revises the schedule as follows:

1. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by July 5, 2006.

2. Defendant shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by August 15, 2006.

3. Expert depositions shall be completed by October 1, 2006.

4. Counsel shall appear for a case management conference on October 5, 2006, at 11:30 a.m. in Courtroom Three. The June 30, 2006 conference is cancelled.

IT IS SO ORDERED.

                                    /s/ Kenneth P. Neiman
                                    KENNETH P. NEIMAN
                                    U.S. Magistrate Judge

Case 3:05-cv-30175-MAP     Document 12     Filed 06/27/2006     Page 2 of 2