UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MARY FORTE, AS ADMINISTRATRIX )
OF THE ESTATE OF CHRISTOPHER )
FORTE, )
    Plaintiff )
)
)  Docket No. 05-30175-MAP
v. )
)
JOHN DANIEL PINKHAM,
    Defendant

## STIPULATION OF DISMISSAL

Now come the parties to the above-captioned action and, pursuant to the provisions of F.R.C.P. 41(a)(1)(ii), hereby stipulate that said action be dismissed, with prejudice, without costs, no further suit to be brought.

Dated: 9/12/2006

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| Mary Forte | John Daniel Pinkham |
| By her attorneys, | By his attorneys, |
| Chris S. Dodig, Esq.<br>Donovan & O'Connor, LLP<br>1330 Mass MoCA Way<br>North Adams, MA 01247<br>BBO # 556628<br>cdodig@docatty.com<br>mail@docatty.com | Brian Rogal, Esq.<br>Law Offices of Timothy Burke<br>160 Gould Street, Suite 111<br>Needham, MA 02494<br>BBO # 424520 |

Mary Forte

CSD:klk